SCANNED at WVCF and Emailed on
12.5.23 by JB - 5 pages.
(date)  (initials) (num)

# COMPLAINT FORM
(for filers who are prisoners without lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE Southern DISTRICT OF Indiana

(Full name of plaintiff(s))

Joel Victor Valle

**FILED**
**12/05/2023**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

vs

Case Number:

(Full name of defendant(s))

2:23-cv-00554-JMS-MKK

Wabash Valley Correctional Facility at P.O. Box 1111 Carlisle IN, 47838

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of __Indiana__, and is located at
(State)

Wabash Valley Correctional Facility, P.O. Box 1111 Carlisle IN, 47838
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant _____
(Name)

Complaint - 1

is (if a person or private corporation) a citizen of __Indiana__
(State, if known)

and (if a person) resides at __P.O. Box 1111 Carlisle IN 47838__
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Because I am like my mother and have been my whole life here n Mental Health, Wabash Valley has given me a 30 day Faki Guilty sentence the 1st week of August I have not got no me eguilty time, and am still locked down for more then 100 days now and have wrote a Grievance to every head of this Jail asking why, but it seems like because I fallowed the rules in Indiana, Im being locked down longer and all, know and see saying you should not fallow the rules write Grievnee's or Tort Claims or report nothing witch I did to the Department of Justice Civil Rights Divison, Thats why!

Complaint - 2

It seems, being put to an open shame to all inmates and officers, Mental Health workers with the Warden tring to force me to kill myself because I wont be tricked to sign my life away after getting a refusal saying I Joel Vallo hereby go against all doctors orders and staff and willingly leave Mental Health so If or when I die I do not hold this Jail accountable for my death I was told by the Department of Corrections They were told not to kill me, so it seems like thier tring to make me kill myself, all people look at me and shake thier head I see Im being put to an open shame Treated by thereten by the Warden in a Return of Grievance of a transfer bed move secerity level change to make the time, I got left harder as they have been taking my time for nothing This seems like the only hope I got left it speaks for its self look

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.
   OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

That I be released, and Treated like any other inmate, and not continueuly being treated and looked down on for being a good person, following the rules, not taking things in my own hands kicking my door yelling why? because I know Thier looking for a reason to take more time from me I ask That all my good time be given back, my credit classes and that Wabash Valley explain to you why they did so and that the judge see that I am telling the truth I have so many Grievances, Pappers from the, A.C.L.U, The Department of Corrections, The Department of Justice, How can I contact the state Bar Association or legal aid office? I'm asking The court to have me released and this Jail Be told that all, inmates should be able to use the computer and go to The Law Library Thanks! I Dont want to leave, I Like the chure They have here Love You  Joel Valle

Complaint - 4

E.  JURY DEMAND

☐ Jury Demand – I want a jury to hear my case

OR

☑ Court Trial – I want a judge to hear my case

Dated this 30 day of November 2023.

Respectfully Submitted,

*Joel Valle*
Signature of Plaintiff

262981
Plaintiff's Prisoner ID Number

Wabash Valley Correctional Facility K115L, P.O.Box 1111 Carlisle IN 47838
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☑ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.