UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| JOEL VICTOR VALLE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 2:23-cv-00554-JMS-MKK |
| WABASH VALLEY CORRECTIONAL FACILITY, | ) ) ) ) |
| Defendant. | ) |

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. The action is **DISMISSED WITHOUT PREJUDICE**.

Date: 6/10/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A. G. Sharpe, Clerk
United States District Court

_____
By:  Deputy Clerk

Distribution:

JOEL VICTOR VALLE
262981
WABASH VALLEY - CF
Wabash Valley Correctional Facility
6908 S. Old US Hwy 41
CARLISLE, IN 47838